*Richard Reid Rogers* for appellant.

*Frederick R. Graves* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-
LIN, ANDREWS and LEHMAN, JJ.   Absent: CRANE, J.

---

OLIVE CORNELL, Respondent, *v.* ZIEGFELD FOLLIES,
INC., Appellant.

*Contract — master and servant — action to recover on alleged contract
for services.*

Cornell v. Ziegfeld Follies, Inc., 209 App. Div. 863, affirmed.

(Argued December 1, 1924; decided December 16, 1924.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered July 11, 1924, affirming a judgment in favor of
plaintiff entered upon a verdict.   The amended complaint
alleged that the defendant (a domestic corporation) has
been engaged in producing a series of plays known as
the "Ziegfeld Follies," which have a national reputation
and great publicity and popularity; that the plaintiff is
a singer, of established reputation, and on or about May
1, 1920, defendant knowing plaintiff's ability and value
as an attraction, employed the plaintiff to appear in
"Ziegfeld Follies of 1920" for the run of the play at a
weekly salary of $200 for the season of 1920-1921; that
the production of the play began about June 7, 1920,
and with the exception of one week, the defendant refused
to permit the plaintiff to appear in accordance with the
terms of the said contract, to her damage.

*Nathan D. Stern* for appellant.

*Max E. Greenberg* and *Meyer Greenberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, McLAUGHLIN, CRANE,
ANDREWS and LEHMAN, JJ.   Absent: HISCOCK, Ch. J.